No. 77–295. RAFFERTY ET AL. *v.* MARCIN. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. A–147. OLIVERA ET AL. *v.* SOUTH CAROLINA. C. A. 4th Cir. Application for reduction of bond, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–293 (77–471). McDOUGAL *v.* COUNTY OF IMPERIAL. Appeal from Sup. Ct. Cal. Application for stay and supersedeas on appeal, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. A–327. PORT AUTHORITY OF NEW YORK AND NEW JERSEY ET AL. *v.* BRITISH AIRWAYS BOARD ET AL. C. A. 2d Cir. Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–64. IN RE DISBARMENT OF WASSERMAN. Disbarment entered. [For earlier order herein, see 429 U. S. 913.]

No. D–108. IN RE DISBARMENT OF ZEIGLER. Disbarment entered. [For earlier order herein, see 431 U. S. 913.]

No. D–110. IN RE DISBARMENT OF CRUZE. Disbarment entered. [For earlier order herein, see 431 U. S. 936.]

No. D–112. IN RE DISBARMENT OF CAIN. Disbarment entered. [For earlier order herein, see 431 U. S. 962.]

No. D–113. IN RE DISBARMENT OF LIBRACH. Disbarment entered. [For earlier order herein, see 433 U. S. 906.]

No. D–114. IN RE DISBARMENT OF CONSOLDANE. It is ordered that Anthony V. Consoldane, of Warren, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.